**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6578**

———————————

RICARDO ANTONIO DE LOS SANTOS-MORA,

Petitioner - Appellant,

versus

WARDEN, Federal Correctional Institution,
Cumberland,

Respondent - Appellee.

———————————

**No. 03-6579**

———————————

RICARDO ANTONIO DE LOS SANTOS-MORA,

Petitioner - Appellant,

versus

WARDEN, FEDERAL CORRECTIONAL INSTITUTION,

Respondent - Appellee.

———————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-03-118-2, CA-03-119-2)

———————————

Submitted:  June 26, 2003          Decided:  July 23, 2003

———————————

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ricardo Antonio De Los Santos-Mora, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricardo Antonio De Los Santos-Mora, a federal prisoner, appeals the district court's orders concluding that he was entitled to relief under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>De Los Santos-Mora v. Warden</u>, Nos. CA-03-118-2; CA-03-119-2 (E.D. Va. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>